[DO NOT PUBLISH]

In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 24-11102

Non-Argument Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

*versus*

CHRISTIAN JOSE LANDEROS MENDEZ,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Florida
D.C. Docket No. 4:22-cr-00034-RH-MAF-4

_____

2                     Opinion of the Court                    24-11102

Before JORDAN, ROSENBAUM, AND ABUDU, Circuit Judges.

PER CURIAM:

Sheryl Joyce Lowenthal, counsel for Christian Jose Landeros Mendez in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967). Our independent review of the entire record reveals that counsel's overall assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Landeros Mendez's convictions and sentences are **AFFIRMED**.